McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEVONE JOHNSON, <br><br> Defendant. | CASE NO. 1:16-CR-00174-002 <br><br> STIPULATION AND ORDER REGARDNG STATUS CONFERENCE <br><br> DATE: December 1, 2020 <br> TIME: 2:00 P.M. <br> COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 1, 2020.

2. By this stipulation, initiated by the United States of America, the parties stipulate that the status conference may be continued to December 15, 2020, to allow time for further settlement discussions.

IT IS SO STIPULATED.

Dated:  November 30, 2020         McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ ANTONIO J. PATACA
                                  ANTONIO J. PATACA
                                  Assistant United States Attorney


Dated:  November 30, 2020         /s/ ROGER BONAKDAR
                                  ROGER BONAKDAR
                                  Counsel for Defendant
                                  Devone Johnson


## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until December 15, 2020, at 2:00pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **November 30, 2020**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE