# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVONE JOHNSON,<br><br>Defendant. | Case No. 1:16-cr-00174-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY GUESS,<br><br>Defendant. | Case No. 1:20-cr-00241-DAD-BAM<br><br>ORDER REQUIRING TO COUNSEL ROGER BONAKDAR TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO TIMELY APPEAR AND BE IN APPROPRIATE ATTIRE FOR CALENDAR ON DECEMBER 15, 2020 AT 2:00 P.M. |

On December 15, 2020, at 2:00 p.m., the above referenced cases on calendar and both defendants were represented by counsel Roger Bonakdar. Court was called at 2:00 p.m. and Mr. Bonakdar was not present. Mr. Bonakdar appeared late for calendar and refused to turn on his video because he was not appropriately dressed for court. This is not the first time that Mr. Bonakdar has appeared late and inappropriately dressed for court. On December 10, 2020, United States v. Hugo Rafeal Gaytan Lopez, was on calendar for arraignment and Mr. Bonakdar was not present in court at 2:00 p.m. On that date, he appeared late and was inappropriately

1

dressed.  However, since his case was not first on calendar the matter was not brought to his attention on the record.

The court possesses inherent authority to impose sanctions to manage its own affairs so as to achieve the orderly and expeditious disposition of cases.  Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991).  The court's inherent power is that which is necessary to the exercise of all others, including to protect the due and orderly administration of justice and maintain the authority and dignity of the court.  Roadway Exp., Inc. v. Piper, 447 U.S. 752, 764 (1980).  There is an arsenal of sanctions that a judge can impose to address an attorney's behavior, including monetary sanctions, contempt, and disqualification of counsel.  Erickson v. Newmar Corp., 87 F.3d 298, 303 (9th Cir. 1996).

Accordingly, counsel Roger Bonakdar is ORDERED TO SHOW CAUSE why monetary sanctions should not issue for the failure to timely appear on the date and time set for the hearing.  Counsel Roger Bonakdar SHALL FILE a response to this Order to Show Cause by **December 21, 2020.**

IT IS SO ORDERED.

Dated:   **December 16, 2020**

UNITED STATES MAGISTRATE JUDGE