# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVONE JOHNSON,<br><br>    Defendant. | Case No. 1:16-cr-00174-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEOFFREY GUESS,<br><br>    Defendant. | Case No. 1:20-cr-00241-DAD-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On December 15, 2020, at 2:00 p.m., the above referenced cases were on calendar and both defendants were represented by counsel Roger Bonakdar.  Court was called at 2:00 p.m. and Mr. Bonakdar was not present.  Mr. Bonakdar appeared late for calendar and refused to turn on his video because he was not appropriately dressed for court.  On December 16, 2020, an order was filed ordering counsel Roger Bonakdar to show cause why monetary sanctions should not issue for the failure to timely appear on the date and time set for the hearing.  Counsel was ordered to file a response to the order to show cause by December 21, 2020.  At counsel's

request, an order to show cause informal hearing was held on December 23, 2020.  Following the hearing, an order issued requiring counsel to send a letter of apology to the individuals who were present at the hearings delayed based upon counsel's tardiness at which time the order to show cause would be discharged.  The Court has received a letter of apology from Mr. Bonakdar.

Accordingly, the December 16, 2020 order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 6, 2021**

UNITED STATES MAGISTRATE JUDGE