McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:16-CR-00174-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER REGARDNG STATUS CONFERENCE |
| v. | DATE: January 28, 2021 |
| DEVONE JOHNSON, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 28, 2021.

2.      By this stipulation, initiated by the United States of America, the parties stipulate that the status conference may be continued to February 11, 2021, to allow time for further settlement discussions.

IT IS SO STIPULATED.

1

Dated:  January 26, 2021                     McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ ANTONIO J. PATACA
                                             ANTONIO J. PATACA
                                             Assistant United States Attorney


Dated:  January 26, 2021                     /s/ ROGER BONAKDAR
                                             ROGER BONAKDAR
                                             Counsel for Defendant
                                             Devone Johnson


                            **FINDINGS AND ORDER**

         Based upon the stipulation and representations of the parties, the Court orders the status

conference be continued from January 28, 2021 to **February 11, 2021 at 2:00 pm before Magistrate**

**Judge Sheila K. Oberto**.


IT IS SO ORDERED.

    Dated:   **January 27, 2021**          /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

2