**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, DEVONE JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>DEVONE JOHNSON,<br><br>                  Defendant. | CASE NO.  1:16-CR-00174-2-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date: March 22, 2021<br>Time: 9:00 a.m.<br>Courtroom 5<br>Hon. Dale A. Drozd |

      WHEREAS the Sentencing Hearing has been scheduled in this matter for March 22, 2021.

      WHEREAS Roger S. Bonakdar, counsel for Defendant Devone Johnson (herein "Mr. Johnson") requests a continuance of the March 22, 2021, Sentencing on the grounds that counsel is involved in a two-day, in-person arbitration scheduled to begin Monday, March 22, 2021, and will be unavailable for the Sentencing hearing in this matter. The arbitration matter was scheduled prior to the scheduling of Sentencing herein, and was scheduled to commence as a Zoom hearing. When the arbitration was set for an "in-person" trial, Counsel had anticipated that the arbitration matter might fall off calendar or be continued to a different date. However, the Arbitration is commencing on March 22, 2021.

      WHEREAS in light of this conflict, and because Counsel needs to provide effective counsel to Mr. Johnson at Sentencing, he requests that the March 22, 2021, Sentencing in this matter be continued.

1 WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the March 22, 2021, sentencing hearing be continued to April 5, 2021.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Respectfully submitted,

Dated: March 18, 2021        BONAKDAR LAW FIRM

       By: /s/ Roger S. Bonakdar
            ROGER S. BONAKDAR
            Attorney for Defendant
            DEVON JOHNSON

Dated: March 18, 2021        United States Attorney's Office

       /s/ Antonio Pataca

       ANTONIO PATACA

       Assistant United States Attorney

Dated: March 18, 2021        UNITED STATES PROBATION

       /s/ Chhoeuth Bou

       CHHOEUTH BOU

       Senior United States Probation Officer

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that March 22, 2021, Sentencing hearing is hereby continued to April 5, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**March 19, 2021**__                    _/s/ Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE