**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, DEVONE JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DEVONE JOHNSON,<br><br>             Defendant. | CASE NO.  1:16-CR-00174-2-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date: April 5, 2021<br>Time: 9:00 a.m.<br>Courtroom 5<br>Hon. Dale A. Drozd |

WHEREAS the Sentencing Hearing has been scheduled in this matter for April 5, 2021.

WHEREAS Roger S. Bonakdar, counsel for Defendant Devone Johnson (herein "Mr. Johnson") requests a continuance of the April 5, 2021, Sentencing on the grounds that counsel has been advised by Mr. Johnson that his brother has passed away. Funeral services for Mr. Johnson's brother are scheduled for April 9, 2021. Counsel for Mr. Johnson is anticipating filing a motion for bereavement leave for Mr. Johnson to attend the funeral and any family gatherings associated with the funeral. Counsel for Mr. Johnson is awaiting documents from the family as to the funeral in order to file the motion, and requests an extension of Sentencing in order to avoid Mr. Johnson being transported while request is being sought for the bereavement leave for the funeral.

WHEREAS in light of Mr. Johnson requesting leave to attend his brother's funeral, request is made for a continuance of the April 5, 2021, Sentencing hearing.

1
STIPULATION AND ORDER TO CONTINUE

1  WHEREAS counsel for the parties have met and conferred concerning the continuance,
2  and the Government and Probation are in agreement.
3  THEREFORE, IT IS STIPULATED by and between the parties that the April 5, 2021,
4  sentencing hearing be continued to May 3, 2021.
5  THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed
6  in multiple counterparts, and that said counterparts (when offered together) shall constitute a
7  fully executed original.  In this regard, signatures by facsimile shall be given the same force
8  and effect as originals.
9  IT IS SO STIPULATED:
10 Respectfully submitted,

Dated: April 1, 2021                                        BONAKDAR LAW FIRM

                                                  By:   /s/ Roger S. Bonakdar
                                                        ROGER S. BONAKDAR
                                                        Attorney for Defendant
                                                        DEVON JOHNSON

Dated:  April 1, 2021                                       United States Attorney's Office

                                                        /s/ Antonio Pataca

                                                        ANTONIO PATACA

                                                        Assistant United States Attorney

Dated: April 1, 2021                                        UNITED STATES PROBATION

                                                        /s/ Chhoeuth Bou

                                                        CHHOEUTH BOU

                                                        Senior United States Probation Officer


[Order Follows on Next Page]

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that April 5, 2021, Sentencing hearing is hereby continued to May 3, 2021, or to a date convenient for the Court's calendar.

IT IS SO ORDERED.

Dated:  **April 1, 2021**

_____
UNITED STATES DISTRICT JUDGE